DISCIPLINARY HEARING COMM'N OF THE
    N.C. STATE BAR v. FRAZIER

No. 72PA01

Case below: 354 N.C. 555
                141 N.C. App. 514

Petition by defendant for discretionary review pursuant to G.S.
7A-31 allowed 2 March 2001. Justice Edmunds recused.

DKH CORP. v. RANKIN-PATTERSON OIL CO.

No. 151P01

Case below: 142 N.C. App. 212

Petition by defendant for discretionary review pursuant to G.S.
7A-31 denied 6 April 2001. Justice Edmunds recused.

ERIE INS. EXCH. v. BLEDSOE

No. 88P01

Case below: 141 N.C. App. 331

Petition by plaintiff for discretionary review pursuant to G.S.
7A-31 denied 22 March 2001.

EVANS v. UNITED SERVS. AUTO. ASS'N

No. 157P01

Case below: 142 N.C. App. 18

Petition by defendant for writ of certiorari to review the decision
of the North Carolina Court of Appeals denied 5 April 2001.
Conditional petition by plaintiff for discretionary review pursuant to
G.S. 7A-31 dismissed as moot 5 April 2001.

GAUNT v. PITTAWAY

No. 472P00-2

Case below: 139 N.C. App. 778

Petition by plaintiffs (Gaunt and Center for Reproductive
Medicine, P.A.) for writ of certiorari to review the decisions of the
North Carolina Court of Appeals denied 5 April 2001. Motion by plaintiffs (Gaunt and Center for Reproductive Medicine, P.A.) under Rule
2 denied 5 April 2001.